IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 08-CR-159-JTM-01 |
| | ) |
| JEAN SONNENBERG, | ) |
| | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, Counts 2, 3, 4 and 9 of the indictment returned by the grand jury on October 22, 2008, as these counts relate to defendant Jean Sonnenberg. The defendant pleaded guilty to Count 1 of the indictment and this dismissal is filed pursuant to the plea agreement by which the United States agreed to dismiss all remaining charges in the indictment.

Dated this 13th day of July 2009.

Respectfully submitted,

STEPHEN P. SINNOTT
Acting United States Attorney

By: _____
JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

_____
JAMES T. MOODY
United States District Judge

Dated: _____JUL 1 3 2009_____